BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

2018 AUG 23 PH 3: 02
CLERK OF THE TRIAL COURTS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MARCIA FISCHER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| HOME DEPOT U.S.A., INC. | ) |
| Defendant. | ) Case No. 3AN-18 - 08827CI |

## COMPLAINT

COMES NOW the plaintiff, MARCIA FISCHER, by and through her attorneys, BARBER & ASSOCIATES, LLC, and for her complaint against defendant HOME DEPOT U.S.A., INC. does state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Anchorage, Alaska.

2. That at all times material hereto, defendant was and is a Delaware corporation doing business in Anchorage, Alaska.

3. The defendant is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

4273/01 Complaint
Fischer v Home Depot U.S.A., Inc.
Page 1

4. At all times material hereto, the defendant operated the Home Depot store at 1715 Abbott Rd, Anchorage, Alaska.

5. On or about 7/1/17, one or more of the defendant's employees negligently and/or gross negligently and/or recklessly accused and/or pursued a shoplifter which was a substantial factor in causing the shoplifter to flee and collide with the plaintiff who was a customer entering the Home Depot store at 1715 Abbott Rd., Anchorage, Alaska, which was a substantial factor in causing serious injury to the plaintiff for which the defendant is liable.

6. The defendant had a no chase policy at the time of the incident on 7/1/17.

7. The defendant's associates were not allowed to accuse any customer for shoplifting.

8. The defendant's associates were not allowed to shout out to shoplifters.

9. The defendant's associates were not allowed to chase shoplifters.

10. The defendant's associates were not allowed to detain any customer for shoplifting.

11. No merchandise or other asset is worth risking the health and safety of associates or customers.

12. The defendant's policy against pursuing customers for shoplifting was intended to prevent injury to associates and customers.

4273/01 Complaint
Fischer v Home Depot U.S.A., Inc.
Page 2

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

13. The defendant had a strict policy against chasing shoplifters at the time of the 7/1/17 incident.

14. One or more of the defendant's associates violated the defendant's policy by accusing the shoplifter on 7/1/17.

15. One or more of the defendant's associates violated the defendant's policy by yelling at the shoplifter to stop on 7/1/17.

16. One or more of the defendant's associates violated the defendant's policy by attempting to detain the shoplifter on 7/1/17.

17. One or more of the defendant's associates violated the defendant's policy by pursuing the shoplifter on 7/1/17.

18. The shoplifter was walking until the defendant's associate called out him.

19. The shoplifter fled in a hurry after one or more of the defendant's associates called out to him.

20. The violation of the defendant's policies related to pursuing or attempting to detain shoplifters was a substantial factor in causing harm to the plaintiff.

21. The defendant is liable for negligent hiring and/or training and/or supervision which was a substantial factor in causing harm to the plaintiff.

22. On information and belief, the incident with the shoplifter on 7/1/17 was videotaped by the defendant's surveillance system.

4273/01 Complaint
Fischer v Home Depot U.S.A., Inc.
Page 3

23. The defendant is liable for past and/or future: medical expenses, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, disfigurement and other non-pecuniary damages to be more fully set forth at trial, all in an amount greater than $100,000.00 (SEVENTY FIVE THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

24. The defendant's conduct evidenced reckless indifference to the interests of others and/or was outrageous.

25. The defendant is liable for punitive and/or exemplary damages.

WHEREFORE, having fully pled the plaintiff's complaint, the plaintiff requests a judgment against the defendant for an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 22 day of August, 2018.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

4273/01 Complaint
Fischer v Home Depot U.S.A., Inc.
Page 4

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817